IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC W. BELL,                   )<br>                                 )<br>     Plaintiff(s),              )<br>                                 )<br>  vs.                            )<br>                                 )<br>CHARLES C. PLUMMER, et al.,      )<br>                                 )<br>     Defendant(s).              )<br>_____  ) | No. C 09-2524 CRB (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging that, while he was incarcerated at the Alameda County Jail ("ACJ"), jail officials stopped giving him medication for a serious skin infection.

Per order filed on January 22, 2010, the court dismissed the complaint with leave to amend to allege deliberate indifference to serious medical needs, if possible. Plaintiff was advised that he must name individual defendants and allege how each of them actually and proximately caused the deprivation of a federally protected right. The court made clear that failure to file a proper amended complaint within 30 days would result in the dismissal of this action.

More than 30 days have passed and plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is dismissed for failure to state a claim under the authority of 28 U.S.C. § 1915A(b). The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:  Feb. 26, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Bell, E1.dismissal.wpd